UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MOSES, <br> ALL AMERICAN CLEAN LLC, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-00665-JPH-MJD <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING EXTENSION**

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to file a response to Plaintiffs' motion for preliminary injunction. Dkt. [18]. The Court, having reviewed the motion and being duly advised, hereby **GRANTS** that motion. The deadline for Defendant to respond to Plaintiffs' motion for preliminary injunction is extended to and including **May 10, 2022**.

**SO ORDERED.**

DATE: April 21, 2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Paul D. Clement
Kirkland & Ellis LLP
pclement@bancroftpllc.com

Richard M Esenberg
Wisconsin Institute For Law & Liberty
rick@will-law.org

Daniel P. Lennington
Wisconsin Institute for Law and Liberty
dan@will-law.org

Kasdin Miller Mitchell
Kirkland & Ellis LLP
kasdin.mitchell@kirkland.com

Katherine D. Spitz
Wisconsin Institute for Law & Liberty, Inc.
kate@will-law.org