UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MOSES, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:22-cv-00665-JPH-MJD |
| | ) |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Paul D. Clement to appear and participate *pro hac vice* as counsel for Defendant in the above-captioned cause only. [Dkt. 17.] The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Paul D. Clement
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
202-389-5000
Fax: 202-389-5200
Email: pclement@bancroftpllc.com

SO ORDERED.

Dated:  25 APR 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.