IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MOSES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> COMCAST CABLE ) <br> COMMUNICATIONS ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendant. ) | Case No. 1:22-CV-00665 <br><br> Hon. James Patrick Hanlon <br> Hon. Mark J. Dinsmore |

## JOINT MOTION TO STAY PRETRIAL DEADLINES

The parties jointly and respectfully move the Court for a stay of proceedings in this Court pending the resolution of Plaintiffs' motion for a preliminary injunction and the exhaustion of any appeals. If this motion is granted, the parties would file a joint status report regarding further proceedings in this Court within fourteen days of a decision by the Court of Appeals or Supreme Court in this case or the exhaustion of the time to seek further review, whichever is later.

Plaintiffs filed this lawsuit and their motion for a preliminary injunction on April 4, 2022. Dkts. 1-2. Comcast was served on April 8, 2022. Dkt. 15. Plaintiffs' complaint alleges that Comcast's RISE grant program, which awards certain Comcast services to minority-owned small businesses, violates 42 U.S.C. §1981.

*See* Dkt. 1. The current deadline for Comcast's responsive pleading to Plaintiffs' complaint is April 29, 2022.

This Court has inherent power to stay proceedings. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Tex. Ind. Producers & Royalty Owners Ass'n v. EPA*, 410 F.3d 964, 980 (7th Cir. 2004) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Staying proceedings pending the resolution of Plaintiffs' motion for a preliminary injunction and the exhaustion of any appeals will promote judicial economy and preserve the parties' respective resources. In the absence of a stay, Comcast anticipates that it would file a motion to dismiss the complaint, which would require additional briefing by the parties and consideration by the Court regarding many of the same arguments at issue in the preliminary-injunction briefing. More broadly, discovery and pretrial proceedings may be mooted or narrowed by the resolution of Plaintiffs' preliminary-injunction motion. Staying pretrial deadlines will not prejudice either party or the Court.

Accordingly, Comcast and Plaintiffs move this Court to stay the responsive pleading and all pre-trial deadlines in this case pending the resolution of Plaintiffs' motion for a preliminary injunction and the exhaustion of any appeals.

Dated: April 28, 2022                Respectfully submitted,

| | |
|---|---|
| s/ Daniel P. Lennington | s/ Paul D. Clement |
| Richard M. Esenberg (pro hac vice) | Paul D. Clement (pro hac vice) |
| Daniel P. Lennington (pro hac vice) | Kasdin M. Mitchell (pro hac vice) |
| Katherine D. Spitz | KIRKLAND & ELLIS LLP |
| WISCONSIN INSTITUTE FOR LAW & LIBERTY | 1301 Pennsylvania Avenue, NW |
| 330 E. Kilbourne Ave. | Washington, DC 20004 |
| Milwaukee, WI 53202 | Telephone: (202) 389-5000 |
| Telephone: (414) 727-9455 | Facsimile: (202) 389-5200 |
| Fax: (414) 727-6385 | paul.clement@kirkland.com |
| rick@will-law.org | kasdin.mitchell@kirkland.com |
| dan@will-law.org | |
| kate@will-law.org | *Counsel for Defendant Comcast Cable Communications Management, LLC* |
| *Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on April 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF.

<u>s/ Paul D. Clement</u>
Paul D. Clement (pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
paul.clement@kirkland.com