IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CHRISTOPHER MOSES, et al.,

       Plaintiffs,                                  Case No. 22-CV-665

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,

       Defendant.

## STATEMENT OF CLAIMS

Plaintiffs, through counsel, and pursuant to the approved Case Management Plan in this case, provide the following statement of the claims that they intend to prove at trial:

1. Defendant has operated and continues to operate a program called Comcast RISE, which imposes an unlawful racial qualification upon the receipt of contractual benefits in violation of 42 U.S.C. § 1981;

2. Plaintiffs are otherwise qualified, willing, and able to apply for the program, but because of the racial qualifications, Plaintiffs did not apply;

3. Defendants do not have any lawful justification for this program, and any asserted justifications do not satisfy the applicable legal requirements; and

4. All other factual and legal claims asserted in the Verified Complaint.

Dated this 14th day of October, 2022.

        Wisconsin Institute for Law & Liberty, Inc.

        s/ *Daniel P. Lennington*

Richard M. Esenberg (*admitted pro hac vice*)
Daniel P. Lennington *(admitted pro hac vice)*
Luke N. Berg (admitted *pro hac vice*)
Katherine D. Spitz
330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385
rick@will-law.org
dan@will-law.org
luke@will-law.org
kate@will-law.org
*Attorneys for Plaintiffs*