UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER MOSES, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> *Defendant.* | ) ) ) ) ) ) Case No. 1:22-CV-00665 ) ) ) Hon. James Patrick Hanlon ) ) ) ) |

> The Court acknowledges the Stipulation of Dismissal, dkt. 78. JPH, 12/13/2022 Distribution via ECF.

## STIPULATION OF DISMISSAL OF COMPLAINT

Christopher Moses, Themi Sacarellos, Antonio Vitolo, Alfred Castiglioni, All American Clean LLC, Round the Clock East Inc., Jake's Bar and Grill, LLC, and Chardonnay's Inc. (collectively, the "Plaintiffs") and Comcast Cable Communications Management, LLC ("Comcast") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties. The Parties have entered into a confidential settlement agreement that concludes the litigation.

.